IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAMON ANTOINE GAITHER, | * | |
| Petitioner, | | |
| | | Civil Action No.: RDB-16-2043 |
| v. | * | Criminal No.: RDB-03-0456 |
| UNITED STATES OF AMERICA, | * | |
| Respondent. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM ORDER

Now pending before this Court is Petitioner's Motion to Vacate Judgment under 28 U.S.C. § 2255 (ECF No. 84). Petitioner seeks vacatur of his 18 U.S.C. § 924(c) conviction. By agreement of counsel, the Defendant Gaither entered a plea of guilty on this date to a Superseding Criminal Information (ECF No. 106) and proceeded to sentencing pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure to a 240-month sentence. For the reasons set forth on the record on this date, in criminal case number RDB-03-0456, and with that sentence having been imposed, this Court now GRANTS the Motion to Vacate (ECF No. 84). Accordingly, said Motion to Vacate is GRANTED and the civil case, *Gaither v. United States*, Civil No. RDB-16-2043, shall be CLOSED.

IT IS HEREBY SO ORDERED THIS 26TH DAY OF MAY, 2020.

_____
Richard D. Bennett
United States District Judge